# CASE ANNOUNCEMENTS

*November 30, 2010*

[Cite as *11/30/2010 Case Announcements,* 2010-Ohio-5806.]

## MERIT DECISIONS WITHOUT OPINIONS

2009–2055.   State ex rel. Brookwood Presbyterian Church v. Ohio Dept. of Edn.
In Mandamus. On S.Ct.Prac.R. 10.5 determination, cause dismissed as moot. See *Brookwood Presbyterian Church v. Ohio Dept. of Edn.,* 127 Ohio St.3d 469, 2010-Ohio-5710, 940 N.E.2d 1256.
    BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

## MISCELLANEOUS DISMISSALS

2010–1823.   Data Trace Information Servs., L.L.C. v. Cuyahoga Cty. Recorder.
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,
    It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

    The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 17.1(A):

2010–1762.   Furlong v. Quinn.
In Mandamus.

2010–1780.   State ex rel. Kohus v. Ohio Dept. of Pub. Safety.
In Mandamus.

2010–1836.   State ex rel. Bell v. Brooks.
Franklin App. Nos. 09AP-861, 09AP-944, and 09AP-1055, 2010-Ohio-4266.

2010–1907.   State ex rel. Gambill v. Opperman.
In Mandamus.

2010–1916.   HealthSouth Corp. v. Levin.
Board of Tax Appeals, No. 2005-A-1386.

2010–1948.   State ex rel. Glunt Industries, Inc. v. Indus. Comm.
Franklin App. No. 09AP-260, 2010-Ohio-4600.

2010–2002.   State ex rel. Corman v. Allied Holdings, Inc.
Franklin App. No. 10AP-38, 2010-Ohio-5153.